USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 11, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

EARL HENDERSON,

                        Plaintiff,                  21-cv-2580 (ALC)

      -against-                                  ORDER

CHAMPS SPORTS INC. ET AL,

                        Defendants.

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On June 10, 2021, Defendant Foot Locker requested a pre-motion conference in anticipation of their motion to dismiss. ECF No. 6. Plaintiff shall respond to Defendant's request by June 16, 2021.

**SO ORDERED.**

**Dated:   June 11, 2021**
            **New York, New York**                    _____
                                                                 **ANDREW L. CARTER, JR.**
                                                                  **United States District Judge**