

Brittany Weiner, Esq.
Direct Dial: (646) 767-2271
Facsimile: (212) 658-9177
E-mail: brittany@lawicm.com



June 21, 2021

**VIA ECF**
Honorable Andrew L. Carter
United States District Court
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:   *Earl Henderson v. Champs Sports Inc., et al.*
      Civil Case No.: 1-21-CV-02580

Dear Judge Carter:

Our firm represents the Plaintiff, Earl Henderson, and submits this letter jointly with the Foot Locker Defendants. Plaintiff respectfully requests an adjournment of time on the briefing schedule due to a FINRA arbitration and trial in the Southern District of New York. Plaintiff respectfully requests that the briefing schedule be set as follows: Defendants to file their motion to dismiss on or before August 23, 2021; Plaintiff to respond to the motion to dismiss on or before September 30, 2021; and Defendants to submit their reply on or before October 7, 2021. Defendants consent to Plaintiff's request. This is the parties first request for an adjournment and does not impact any other deadlines in this litigation.

Respectfully submitted,

/s/ *Brittany Weiner*

cc: Michael Lamendol

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

June 22, 2021