```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  August 17, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EARL HENDERSON, | |
| Plaintiffs, | 21-cv-2580 (ALC) |
| -against- | |
| CHAMPS SPORTS INC. ET AL | **ORDER OF DISCONTINUANCE** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days. All pending deadlines are adjourned.

**SO ORDERED.**

Dated:   August 17, 2021
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**